IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 6:13CR60051-001 |
| | ) | |
| DERRICK ESTELL | ) | |

## FINAL ORDER OF FORFEITURE

On December 1, 2014, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 30). In the Preliminary Order of Forfeiture,

a. Charter Arms, .38 caliber revolver, serial number 301322;

b. Taurus, .45 caliber pistol, serial number NCX59197;

c. Arminus, .22 caliber revolver, serial number 792742;

d. Colt, .25 caliber pistol, serial number 0032743; and

e. Any ammunition,

were forfeited to the United States pursuant to 18 U.S.C. § 924(d) and Title 18 U.S.C. § 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On January 5, 2015, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was February 2, 2015. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

1

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on December 1, 2014, shall become final at this time.

IT IS SO ORDERED this 19th day of March, 2015.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 19 2015

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK