# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# HOT SPRINGS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 6:13CR60051-001** |
| | ) | |
| **DERRICK ESTELL** | ) | |

## ORDER

IT IS HEREBY ORDERED, DECREED AND ADJUDGED that the United States' Motion to Transfer Funds is granted. The funds being held by the Garland County Sheriff's Office shall be transferred to the Clerk of the Court, Western District of Arkansas, for application first to satisfy the $1,100 owed to Evaristo Morales as restitution and the balance to be applied to the restitution owed Relyance Bank as ordered in the Judgment and Commitment Order in this case.

IT IS SO ORDERED this 25th day of June, 2015.

/s/ Susan O. Hickey
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE